UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN GERALD DANIELS III,<br><br>  Plaintiff,<br><br> v.<br><br>STU SHERMAN,<br><br>  Defendant. | 1:16-cv-01312-EPG (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 6, 2016, Plaintiff filed the Complaint commencing this action, together with a "Declaration in Support of Request to Proceed *in Forma Pauperis*" including a certified copy of his prison trust account statement.  (ECF Nos. 1, 2.)   However, Plaintiff has not filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff shall be required to complete and file the attached application to proceed *in forma pauperis*, or in the alternative, to pay the $400.00 filing fee for this action in full, within thirty days.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  Plaintiff is not required to submit another certified copy of his prison trust account statement.

1  **No requests for extension will be granted without a showing of good cause.  Failure
2  to comply with this order will result in dismissal of this action.**

3
4  IT IS SO ORDERED.

5    Dated:  **September 12, 2016**            /s/ Erica P. Grosjean
6                                             UNITED STATES MAGISTRATE JUDGE