UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN GERALD DANIELS, III,<br><br>    Plaintiff,<br><br>    v.<br><br>STU SHERMAN,<br><br>    Defendant. | **Case No. 1:16-cv-01312-EPG**<br><br>**ORDER GRANTING IN FORMA PAUPERIS APPLICATION**<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS**<br><br>(ECF Nos. 2, 6) |

    Plaintiff Norman Gerald Daniels, III ("Plaintiff"), proceeding *pro se* while incarcerated in CSATF/SP at Corcoran, has filed a complaint in this action along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) The Court previously required Plaintiff to submit additional documentation regarding his initial application and Plaintiff has now done so. (ECF No. 6.)

    Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, his application to proceed *in forma pauperis* is GRANTED. However, pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff remains obligated to pay the statutory filing fee of $350.00 for this action when funds exist in his inmate trust account. Accordingly, Plaintiff shall make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The California Department of Corrections and Rehabilitation, or

its designee, is required to send payments from Plaintiff's trust account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The California Department of Corrections and Rehabilitation, or its designee, shall collect payments from Plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the trust account, and, each time the amount in the account exceeds $10.00, forward those payments to the Clerk of this Court in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;
3. The Clerk of the Court is DIRECTED to serve a copy of this Order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections and Rehabilitation, via the Court's electronic case filing system (CM/ECF); and,
4. The Clerk of the Court is DIRECTED to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **September 29, 2016**          /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE